IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PERRY MUHOMMAD                                          PLAINTIFF

vs.                            Civil No. 4:14-CV-4032

HEMPSTEAD COUNTY, ARKANSAS, *et al.*                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 14, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Judge Wright be dismissed from this action because he is immune from suit. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Judge Wright is **DISMISSED** from this lawsuit.

**IT IS SO ORDERED**, this 12th day of June, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge