IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MICHAEL PERRY MUHOMMAD**                                                                **PLAINTIFF**

v.                              Civil No. 4:14-cv-04032-SOH-BAB

**HEMPSTEAD COUNTY, ARKANSAS; et al**                                       **DEFENDANTS**

### ORDER

Before the Court is Defendants' Motion to Compel Discovery Answers. (ECF No. 23). Plaintiff has responded. This Motion has been referred to the undersigned for decision.

Plaintiff's complaint alleges denial of adequate medical care on the part of the Defendants, while Plaintiff was incarcerated at the Hempstead County Detention Facility. On or about February 6, 2015, Defendants propounded Interrogatories and Requests for Production to the Plaintiff, which included a Medical Authorization. On March 2, 2015, Plaintiff responded to the interrogatories but objected to producing the requested executed medical authorization. On March 3, 2014, Defendants's counsel sent correspondence to Plaintiff requesting he provide the medical authorization. Plaintiff again responded and objected to providing a medical authorization. Plaintiff asserts he is an inmate at the Arkansas Department of Corrections (ADC) and the ADC prohibits him from possessing his medical records. He claims the records will be available at a hearing.

Plaintiff has alleged denial of adequate medical care. His medical condition and thus his medical records are at issue in this case. He must sign the medical authorization to allow Defendants to obtain and review his medical records.

**IT IS THEREFORE ORDERED** Defendants' Motion to Compel Discovery Answers (ECF No. 23) is **GRANTED**. Plaintiff is Ordered to provide Defendants with a signed Medical Authorization as requested by Defendants on or before May 8, 2015. **Failure to comply with this**

**Order may result in dismissal of this case.**  The Defendants are directed to notify the Court should Plaintiff refuse to comply with this Order.

**SIGNED this 14th day of April 2015.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE