IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PERRY MUHOMMAD                                                                PLAINTIFF

v.                                      Civil No. 4:14-CV-4032

HEMPSTEAD COUNTY, ARKANSAS;
 *et al.*                                                                                                    DEFENDANTS

**ORDER**

Before the Court is a Motion to Reconsider filed by Plaintiff. ECF No. 45. On November 16, 2015, an order was entered denying Plaintiff's Motion for the Issuance of Subpoenas. ECF No. 40. Plaintiff now asks the Court to reconsider the order regarding the issuance of subpoenas for copies of DVDs containing magnetic resonance imaging done on his leg in 2011 and 2013. Judge Bryant denied Plaintiff's request for the issuance of subpoenas because "[t]he medical records already supplied to the Plaintiff should contain the findings from the magnetic resonance imaging." ECF No. 40. Plaintiff has not indicated to the Court that the medical records do not contain these findings from the magnetic resonance imaging. Accordingly, Plaintiff's Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED**, this 15th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge