IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PERRY MUHOMMAD                                                   PLAINTIFF

v.                              Civil No. 4:14-cv-04032

HEMPSTEAD COUNTY, ARKANSAS, *et al.*                                     DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed June 14, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 53. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 42) should be granted in part and denied in part. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against Separate Defendants Sheriff James Singleton, B. Walker, P. Summerville, Sergeant V. Mouldon, and Hempstead County are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Separate Defendants Nurse Lori Rook and Johnny Godbolt for denial of medical care shall proceed.

**IT IS SO ORDERED**, this 14th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge